UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

Okechukwu Linton,

                       Plaintiffs,        21-cv-28 (LAK)(JLC)

v.

Equifax Inc., et al.,
                       Defendant(s).
------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff has filed notices of settlement as to all defendants. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, July 30, 2021, if the settlement is not executed by then.

        SO ORDERED.

DATED:    June 30, 2021

                                                      Lewis A. Kaplan
                                          United States District Judge